**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ATLAS BREW WORKS, LLC, )<br>  )<br>    Plaintiff, )<br>  )<br>  vs. )<br>  )<br>MATTHEW G. WHITAKER, in his official )<br>capacity as Acting Attorney General of the )<br>United States, )<br>  )<br>    Defendant. )<br>_____ ) | Civil Action No. 19-0079 (CRC) |

## NOTICE OF LABEL APPROVAL

Pursuant to the Court's instructions at the January 28, 2019, status conference, Defendant hereby notifies the Court that on January 29, 2019, the Department of the Treasury's Alcohol and Tobacco Tax and Trade Bureau ("TTB") issued a certificate of label approval ("COLA") for "The Precious One" label that was submitted to TTB on December 20, 2018. A copy of the COLA, which is also available in COLAs Online, is attached as Exhibit 1.

Dated:  January 29, 2019     Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:     */s/ Jason T. Cohen*
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Ph: (202) 252-2523
Email: jason.cohen@usdoj.gov