# DEFENDANT'S EXHIBIT 1

OMB No. 1513-0020

| FOR TTB USE ONLY | | | DEPARTMENT OF THE TREASURY<br>ALCOHOL AND TOBACCO TAX AND TRADE BUREAU<br>**APPLICATION FOR AND CERTIFICATION/EXEMPTION OF LABEL/BOTTLE APPROVAL**<br>(See Instructions and Paperwork Reduction Act Notice on Back) |
|---|---|---|---|
| **TTB ID**<br>18354001000593 | | | |
| **1. REP. ID. NO.** *(If any)* | **CT**<br>902 | **OR**<br>4K | |

## PART I - APPLICATION

| 2. PLANT REGISTRY/BASIC PERMIT/BREWER'S NO. *(Required)*<br>BR-DC-20003 | 3. SOURCE OF PRODUCT *(Required)*<br>☑ Domestic<br>☐ Imported | 8. NAME AND ADDRESS OF APPLICANT AS SHOWN ON PLANT REGISTRY, BASIC PERMIT OR BREWER'S NOTICE. INCLUDE APPROVED DBA OR TRADENAME IF USED ON LABEL *(Required)*<br><br>Atlas Brew Works, Atlas Brew Works LLC<br>2052 W WEST VIRGINIA AVE NE STE 102<br><br>Washington DC 20002 |
|---|---|---|
| 4. SERIAL NUMBER *(Required)*<br>18SA19 | 5. TYPE OF PRODUCT *(Required)*<br>☐ WINE<br>☐ DISTILLED SPIRITS<br>☑ MALT BEVERAGE | |
| 6. BRAND NAME *(Required)*<br>ATLAS BREW WORKS | | 8a. MAILING ADDRESS, IF DIFFERENT |
| 7. FANCIFUL NAME *(If any)*<br>THE PRECIOUS ONE | | |

| 9. FORMULA | 10. GRAPE VARIETAL(S) *(Wine Only)*<br>N/A | 14. TYPE OF APPLICATION *(Check applicable box(es))* |
|---|---|---|
| | | a. ☑ CERTIFICATE OF LABEL APPROVAL |
| 11. WINE APPELLATION *(If on label)* | | b. ☐ CERTIFICATE OF EXEMPTION FROM LABEL APPROVAL "For sale in _____ only" (Fill in State abbreviation.) |
| 12. PHONE NUMBER<br>(202) 832-0420 | 13. EMAIL ADDRESS<br>justin@atlasbrewworks.com | c. ☐ DISTINCTIVE LIQUOR BOTTLE APPROVAL. TOTAL BOTTLE CAPACITY BEFORE CLOSURE ____ ____ (Fill in amount) |
| | | d. ☐ RESUBMISSION AFTER REJECTION TTB ID. NO. _____ |

15. SHOW ANY INFORMATION THAT IS BLOWN, BRANDED, OR EMBOSSED ON THE CONTAINER (e.g., net contents) ONLY IF IT DOES NOT APPEAR ON THE LABELS AFFIXED BELOW. ALSO, SHOW TRANSLATIONS OF FOREIGN LANGUAGE TEXT APPEARING ON LABELS.

## PART II - APPLICANT'S CERTIFICATION

Under the penalties of perjury, I declare; that all statements appearing on this application are true and correct to the best of my knowledge and belief; and, that the representations on the labels attached to this form, including supplemental documents, truly and correctly represent the content of the containers to which these labels will be applied. I also certify that I have read, understood and complied with the conditions and instructions which are attached to an original TTB F 5100.31, Certificate/Exemption of Label/Bottle Approval.

| 16. DATE OF APPLICATION<br>12/20/2018 | 17. SIGNATURE OF APPLICANT OR AUTHORIZED AGENT<br>(Application was e-filed) | 18. PRINT NAME OF APPLICANT OR AUTHORIZED AGENT<br>Justin Cox |
|---|---|---|

## PART III - TTB CERTIFICATE

This certificate is issued subject to applicable laws, regulations and conditions as set forth in the instructions portion of this form.

| 19. DATE ISSUED | 20. AUTHORIZED SIGNATURE, ALCOHOL AND TOBACCO TAX AND TRADE BUREAU |
|---|---|

| 01/29/2019 | *Marsha L. Heath* (signature) | |
|---|---|---|

| FOR TTB USE ONLY | | |
|---|---|---|
| **QUALIFICATIONS** | | **EXPIRATION DATE (If any)** |
| TTB has not reviewed this label for type size, characters per inch or contrasting background. The responsible industry member must continue to ensure that the mandatory information on the actual labels is displayed in the correct type size, number of characters per inch, and on a contrasting background in accordance with the TTB labeling regulations, 27 CFR parts 4, 5, 7, and 16, as applicable. | | |
| **STATUS** | | |
| THE STATUS IS APPROVED. | | |
| **CLASS/TYPE DESCRIPTION** | | |
| ALE | | |

AFFIX COMPLETE SET OF LABELS BELOW

Image Type:

Brand (front) or keg collar
Actual Dimensions: 7 inches W X 7 inches H

Note: The image below has been reduced to fit the page. See actual dimensions above.

