**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ATLAS BREW WORKS, LLC**, <br><br> Plaintiff, <br><br> v. <br><br> **WILLIAM BARR, Attorney General of the United States**, <br><br> Defendant. | Case No. 19-cv-79 (CRC) |

## ORDER

Upon consideration of [17] Defendant's Motion to Hold Summary Judgment Proceedings in Abeyance, and in light of the Court's authority to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants," Landis v. N. Am. Co., 299 U.S. 248, 254 (1936), the motion is hereby **GRANTED**. The Court will not consider, and Plaintiff therefore shall not file, a motion for summary judgment at this time. Summary judgment proceedings may commence if and when the Court finds that the case has not become moot and that it retains subject-matter jurisdiction.

**SO ORDERED.**

                                                                         CHRISTOPHER R. COOPER
                                                                        United States District Judge

Date: March 12, 2019