**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ATLAS BREW WORKS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WILLIAM BARR, Attorney General )<br>of the United States, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 19-0079 (CRC) |

**JOINT STATUS REPORT AND
MOTION TO SET BRIEFING SCHEDULE**

The parties respectfully submit the following joint status report and motion to set briefing schedule.

On January 15, 2019, Plaintiff Atlas Brew Works, LLC ("Atlas") filed its Complaint (ECF No. 1). On February 28, 2019, Defendant filed a Motion to Dismiss for Lack of Jurisdiction (ECF No. 14). Thereafter, on March 14, 2019, Atlas filed both an Opposition to the motion to dismiss (ECF No. 20) and a First Amended Complaint (ECF No. 19).

The parties agree that the First Amended Complaint was filed as a matter of course pursuant to Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure ("Rules") and that, pursuant to Rule 15(a)(3), Defendant's deadline to respond to the First Amended Complaint is March 28, 2019. The parties also agree that the filing of the First Amended Complaint effectively moots Defendant's previously filed motion to dismiss (ECF No. 14).

Defendant anticipates that it will file a new motion to dismiss the First Amended Complaint, but requests an extension of time to do so due to undersigned counsel's busy litigation schedule and prearranged absences from April 15-24, 2019, and June 17-21, 2019. The

parties conferred and Plaintiff does not object to the following briefing schedule on a new motion to dismiss:

- Defendant's motion to dismiss to be filed on or before May 10, 2019;
- Plaintiff's opposition to be filed on or before June 10, 2019;
- Defendant's reply to be filed on or before July 2, 2019.

Dated: March 20, 2019                                Respectfully submitted,

                                                           JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   */s/ Jason T. Cohen*
JASON T. COHEN, ME Bar #004465
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
Ph:: (202) 252-2523 / Fx: (202) 252-2599
Email: jason.cohen@usdoj.gov

*Counsel for Defendant*

Alan Gura (D.C. Bar No. 453449)
Gura PLLC
916 Prince Street, Ste. 107
Alexandria, VA 22314
703.835.9085/Fax 703.997.7665

By:   */s/ Alan Gura*
Alan Gura

*Attorney for Plaintiff Atlas Brew Works LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ATLAS BREW WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 19-0079 (CRC) |
| | ) |
| WILLIAM BARR, Attorney General of the United States, | ) ) ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

Upon consideration of the Joint Status Report and Motion to Set Briefing Schedule, and for good cause shown, it is hereby:

ORDERED that Defendant's Motion to Dismiss (ECF No. 14) is dismissed without prejudice as moot; it is further

ORDERED that the parties shall adhere to the following briefing schedule with respect to any motion to dismiss the First Amended Complaint:

- Defendant's motion to dismiss shall be filed on or before May 10, 2019;
- Plaintiff's opposition shall be filed on or before June 10, 2019;
- Defendant's reply shall be filed on or before July 2, 2019.

SO ORDERED this _____ day of _____, 2019.

_____
JUDGE CHRISTOPHER R. COOPER